**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7479**

GREGORY L. CANNON,

        Plaintiff - Appellant,

    v.

DIRECTOR OF THE FEDERAL BUREAU OF PRISONS; WARDEN FCI II BUTNER; THOMAS SCARANTINO; DANTE SMITH; 2 UNKNOWN OFFICIALS; DESIGNATION SENTENCE COMPUTATION CENTER, Grand Prarie, Texas; WARDEN FCI I BUTNER, NC,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:19-ct-03019-D)

Submitted:  January 19, 2021                Decided:  January 22, 2021

Before AGEE, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gregory L. Cannon, Appellant Pro Se.  Sharon Coull Wilson, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory L. Cannon appeals the district court's order denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cannon v. Fed. Bureau of Prisons*, No. 5:19-ct-03019-D (E.D.N.C. Sept. 21, 2020). We grant Cannon's motions to supplement his informal brief and add complaints, and we deny Cannon's motion for the appointment of counsel and his request for discovery. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*